On respondent's petition for reconsideration filed June 23, considered and under advisement July 1,\* petition for reconsideration allowed; former opinion modified and adhered to as modified; order and amended order granting petition for reconsideration, issued July 2, and July 7, respectively, withdrawn July 16, 2009

Jerry CARUTHERS
and Larry Wolf,
*Petitioners,*

*v.*

John R. KROGER,
Attorney General,
State of Oregon,
*Respondent.*

(SC S057318)

212 P3d 1264

Thomas K. Doyle, Bennett, Hartman, Morris & Kaplan LLP, Portland, filed the petition for review for petitioners.

Douglas F. Zier, Assistant Attorney General, Salem, filed the petition for reconsideration and the answering memorandum for respondent. With him on the petition for reconsideration were John R. Kroger, Attorney General, and Jerome Lidz, Solicitor General. With him on the memorandum were John R. Kroger, Attorney General, and Mary H. Williams, Solicitor General.

PER CURIAM

---

\* 346 Or 300, 210 P3d 882 (2009).

## PER CURIAM

The state has petitioned for reconsideration of this court's opinion in *Caruthers v. Kroger*, 346 Or 300, 210 P3d 882 (2009). We allow the petition and modify the opinion by replacing the text of the Attorney General's certified ballot title, 346 Or at 302-03, with the following wording:

"AMENDS CONSTITUTION: NEW/RENEWED PROPERTY TAX MEASURES EXCEEDING ONE MILLION DOLLARS ALLOWED ONLY AT NOVEMBER GENERAL ELECTION

"RESULT OF 'YES' VOTE: 'Yes' vote allows new/renewed property tax measures exceeding one million dollars over life of obligation to appear only on the November general election ballot.

"RESULT OF 'NO' VOTE: 'No' vote retains current law allowing approval of property tax measures (value unrestricted) at May/November elections or at elections with fifty-percent voter turnout.

"SUMMARY: Amends constitution. Current 'double-majority' law allows measures increasing property taxes to be approved only at election where at least fifty percent of registered voters cast ballots or at May/November elections. Property tax measures raise money for local government services, including schools, law enforcement, libraries, parks, other uses. Measure requires proposals increasing property taxes, where the total amount of taxes expected to be levied against all subject properties for the life of the obligation exceeds one million dollars, to appear only on the November general election ballot; applies to renewal of existing property taxes. Property tax proposals for lesser amounts would remain unaffected and could appear on, and be approved at, May/November elections or at elections with fifty-percent voter turnout. Other provisions."

Additionally, the sentence in the opinion that quotes the phrase " 'appear only on a general election ballot' " from the "yes" vote result statement, 346 Or at 305 is modified to read, " 'appear only on the November general election ballot.' "

The petition for reconsideration is allowed. The former opinion is modified and adhered to as modified. The

order and the amended order granting the petition for reconsideration, issued on July 2, 2009, and July 7, 2009, respectively, are withdrawn.